# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**B. H.,**

    **Plaintiff,**

**-vs-**                                                                               Case No. 1:10-CV-520

**West Clermont Board of Education,**

    **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT (1) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IS GRANTED; (2) DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IS DENIED; AND (3) THIS CASE IS TERMINATED FROM THE COURT'S DOCKET.

Date: April 26, 2011                                          JAMES BONINI, CLERK

                                                                                                 By: s/Lori Kelsey
                                                                                                 Lori Kelsey, Deputy Clerk